**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

Plaintiff,

vs.

JAMES BROOKS,

Defendant.

Case No.:   2:24-cr-000153-JAD-MDC

**ORDER TO CONTINUE**
**SENTENCING**
**(First Request)**

**HOFLAND & TOMSHECK**
*228 SOUTH FOURTH ST., FIRST FLOOR*
*LAS VEGAS, NEVADA 89101*
P: (702) 895-6760 • F: (702) 731-6910

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That this is the first sentencing continuance requested.

2. That counsel has consulted with Mr. Brooks about this continuance.

3. That counsel for Mr. Brooks is scheduled to be out the jurisdiction on the currently scheduled sentencing date.

4. That the plea agreement and negotiations with both state and federal prosecutorial authorities involve this federal prosecution and a related state prosecution.  Mr. Brooks is concerned about the existence of a detainer because of the existence of the state case which impacts the programs and placements available at his designated federal Bureau of Prisons facility.  Counsel for Brooks is working to ensure that the state court case is addressed before Mr. Brooks begins his federal sentence.

5. That the Government does not oppose this request.  The government's extension of professional courtesy does not prejudice or impact any other procedural or substantive rights enjoyed by that party.

That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

**IT IS THEREFORE AND HEREBY ORDERED**, that Sentencing and Disposition currently scheduled for June 8, 2026, at 11:00 a.m. be continued to August 10, 2026, at 11:00 a.m.

DATED this 3rd day of June, 2026.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

**HOFLAND & TOMSHECK**
*228 SOUTH FOURTH ST., FIRST FLOOR*
*LAS VEGAS, NEVADA 89101*
*P: (702) 895-6760 • F: (702) 731-6910*