**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910

*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JAMES BROOKS,<br><br>Defendant. | Case No.:  2:24-cr-00153-JAD-MDC<br><br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between JOSHUA BRISTER, Assistant United States Attorney, counsel for the United States of America, and JOSHUA TOMSHECK, ESQ., counsel for Defendant, JAMES BROOKS, that the sentencing currently scheduled for August 10, 2026, at 11:00 a.m. be continued to a date convenient to the Court, but no earlier than three (3) weeks.

This Stipulation is entered into for the following reasons:

1. That this is the second sentencing continuance requested.

2. That counsel for Mr. Brooks has a schedule conflict and is currently scheduled to be in another federal sentencing which has already been continued on two prior occasions.

3. That counsel for the Government also has a conflict in that he will be beginning a trial right after the current sentencing date.

Page 1 of 4

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

4. That the Government does not oppose this request. The government's extension of professional courtesy does not prejudice or impact any other procedural or substantive rights enjoyed by that party.

5. That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice.

For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case. The parties request a continuance of at least three weeks.

Dated: July 31, 2026

Respectfully submitted,

HOFLAND & TOMSHECK                        TODD BLANCHE
                                          Deputy Attorney General
                                          United States Attorney

*/s/ Joshua Tomsheck*                     */s/ Joshua Brister*
JOSHUA TOMSHECK, ESQ.                      JOSHUA BRISTER, ESQ.
Counsel for Defendant                      Assistant United States Attorney
JAMES BROOKS

Page 2 of 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

Plaintiff,

vs.

JAMES BROOKS,

Defendant.

Case No.:   2:24-cr-000153-JAD-MDC

**ORDER TO CONTINUE**
**SENTENCING**
**(First Request)**

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That this is the second sentencing continuance requested.

2. That counsel for Mr. Brooks has a schedule conflict and is currently scheduled to be in another federal sentencing which has already been continued on two prior occasions.

3. That counsel for the Government also has a conflict in that he will be beginning a trial right after the current sentencing date.

4. That the Government does not oppose this request.  The government's extension of professional courtesy does not prejudice or impact any other procedural or substantive rights enjoyed by that party.

5. That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice.

That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

/ / /

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

## <u>ORDER</u>

**IT IS THEREFORE AND HEREBY ORDERED**, that Sentencing and Disposition currently scheduled for August 10, 2026, at 11:00 a.m. be continued to the ,_____ day of _____, 2026 at _____ a.m./p.m.

DATED this ____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE

**HOFLAND & TOMSHECK**
*228 SOUTH FOURTH ST., FIRST FLOOR*
*LAS VEGAS, NEVADA 89101*
P: (702) 895-6760 • F: (702) 731-6910