HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

Plaintiff,

vs.

JAMES BROOKS,

Defendant.

Case No.: 2:24-cr-000153-JAD-MDC

**ORDER TO CONTINUE SENTENCING**
**(Second Request)**

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That this is the second sentencing continuance requested.
2. That counsel for Mr. Brooks has a schedule conflict and is currently scheduled to be in another federal sentencing which has already been continued on two prior occasions.
3. That counsel for the Government also has a conflict in that he will be beginning a trial right after the current sentencing date.
4. That the Government does not oppose this request. The government's extension of professional courtesy does not prejudice or impact any other procedural or substantive rights enjoyed by that party.
5. That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice.

That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

/ / /

**ORDER**

**IT IS THEREFORE AND HEREBY ORDERED**, that the Sentencing and Disposition currently scheduled for August 10, 2026, at 11:00 a.m. be continued to September 9, 2026, at 9:00 a.m.

DATED this 3rd day of August, 2026.

________________________________________
UNITED STATES DISTRICT JUDGE

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910